NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE CLAUDE NOUVEL

---

2011-1526
(Serial No. 11/785,758)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

The Director of the United States Patent and Trademark Office moves for a 17-day extension of time, until February 16, 2012, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

JAN 05 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Benjamin L. Kiersz, Esq
    Raymond T. Chen, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 05 2012

JAN HORBALY
CLERK